# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

ALACHUA COUNTY FLORIDA CLASS ACTION LAWSUIT, ORGANIZATION, LLC

"EXHIBIT B"

Inmate ID Number:    N/A    — SEE ATTACHED LIST ORGANIZATION OF ORGANIZATION MEMBERS

ALACHUA COUNTY FLORIDA CLASS ACTION LAWSUIT, ORGANIZATION, LLC

*(Write the full name and inmate ID
number of the Plaintiff.)*

Case No.: 1:22cv8 AW/6FJ

*(To be filled in by the Clerk's Office)*

v.

SEE ATTACHED

LIST NOTED AS

EXHIBIT "A"

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*    SEE ATTACHED — EXHIBIT "A"

**Jury Trial Requested?**
☒YES  ☐ NO

FILED USDC FLND GU
JAN 11 '22 PM3:35

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

2022 ALACHUA COUNTY FLORIDA CLASS ACTION LAWSUIT ORGANIZATION, LLC.

Plaintiff's Name: _JAMES LEE BALLARD - PRES._ ID Number: _____

List all other names by which you have been known: _____

_JAMES LEE BALLARD, JIM BALLARD_

Current Institution: _ASO - JAMES LEE BALLARD_

Address: _3333 NE 39TH AVE_

_GAINESVILLE, FL 32609_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: _____

Official Position: _____

PLEASE ATTACHED SEE ANNEXED LIST EXHIBIT A

Employed at: _____

Mailing Address: _____

SAME FOR ALL NAMED PARTIES

☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity      ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity      ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by*

   *attaching additional pages, as needed.)*


## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)        ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee                ☐ Civilly Committed Detainee

☐ Convicted State Prisoner        ☐ Convicted Federal Prisoner

☐ Immigration Detainee            ☐ Other *(explain below)*:

Please see Attached Exhibits "B" and "C" Respectfully

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

PLEASE
SEE EXHIBITS BANG
ATTACHED
HERETO

**Statement of Facts Continued** *(Page ___ of ____)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States
have been violated.  Be specific.  If more than one claim is asserted, number
each separate claim and relate it to the facts alleged in Section III.  If more than
one Defendant is named, indicate which claim is presented against which
Defendant.



Please see exhibits B+C hereto attached

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal
arguments or cite to cases/ statutes.  If requesting money damages *(either
actual or punitive damages)*, include the amount sought and explain the basis
for the claims.

500,000,000.00

Class Action Lawsuit

2078 Alachua County Florida
Class Action Lawsuit Organization, LLC - 1,000 members

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

□ YES   □ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

□ YES   □ NO  ) NO — FILED ONE AT SAME TIME

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to***

***disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all

continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1/5/2022  Plaintiff's Signature: _____

Printed Name of Plaintiff: 2022 ALACHUA COUNTY FLORIDA CLASS ACTION LAWSUIT ORGANIZATION LLC by JAMES LEE BALLARD - PRES.

Correctional Institution: ALACHUA COUNTY SHERIFFS - DEPT OF THE JAIL

Address: 3333 NE 39 TH AVE

GAINESVILLE, FL 32609

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the _____5ᵗʰ_____ day of _____JANUARY_____, 20 _22_.


Signature of Incarcerated Plaintiff: _____

STATE OF FLORIDA
ALACHUA COUNTY
8TH JUDICIAL CIRCUIT
GAINESVILLE, FLORIDA

"EXHIBIT A"
PAGE 1

* STATE ATTORNEY'S OFFICE     (352) 374-3670
  120 WEST UNIVERSITY AVE      ESERVICE@SA08.ORG
  GAINESVILLE, FLORIDA  32601  EMAILS: LAST NAME, FIRST INITIAL @SA08.ORG

    BRIAN S. KRAMER - STATE ATTORNEY
    HEATHER L. JONES - CHEIF ASSISTANT STATE ATTORNEY
    SEAN D. BREWER - ASSISTANT STATE ATTORNEY
    LUA LEPIANKA - ASSISTANT STATE ATTORNEY
    BRIAN C RODGERS - ASSISTANT STATE ATTORNEY

* PUBLIC DEFENDERS OFFICE    (352)-338-7369
                              ESERVICE@PD08.ORG
   151 SW 2ND AVE -           EMAILS: LAST NAME, FIRST INITIAL @PD08.ORG
  GAINESVILLE, FLORIDA  32601
    STACY A. SLOTT - PUBLIC DEFENDER
    BILL MILLER  - CHEIF ASSISTANT PUBLIC DEFENDER
    AUBRONLEE MARTIN - CHEIF ASSISTANT PUBLIC DEFENDER
    MATT LANDSMAN - ASSISTANT PUBLIC DEFENDER
    DANIEL MULLER - ASSISTANT PUBLIC DEFENDER
    EVAN M. GARDINER - ASSISTANT PUBLIC DEFENDER

* ALACHUA COUNTY FLORIDA - CRIMINAL JUSTICE CENTER
  P.O. BOX 600 - GAINESVILLE, FLORIDA  32602
       JUDGE PHILLIP PENA
       JUDGE RICHARD KREIDER

* GEORGE LUKASIC - ACCUSER - FALSIFIED A POLICE REPORT W/INTENT TO PROSECUTE
                    - CREATED A FALSE IDENTITY AND USED IT WITH INTENT TO HARM
                    - RECORDED PHONE CONVERSATIONS WITHOUT CONSENT - FELONY
                    - PERJURY + CONTEMPT OF COURT ON 3 OCCASSIONS



EXHIBIT A

PAGE (2)

* TERRY SILVERMAN - ATTORNEY AT LAW - GAINESVILLE, FL

* ASHLEY MOODY - ATTORNEY GENERAL
  PROP - THE CAPITOL
  STATE OF FLORIDA - TALLAHASSEE, FLORIDA   32399 - 1050

* U.S. DEPT OF JUSTICE
   950 PENNSYLVANIA AVE-NW  - WASHINGTON, D.C.  20530 - 0001

* CONNIE RICE - ADVANCEMENT PROJECT
   1910 W. SUNSET BLVD.-SUITE 530 - LOS ANGELES, CA 90026

* RON NIXON - ASSOCIATED PRESS - GLOBAL INVESTIGATIONS EDITOR
   1100 13TH STREET NW -SUITE 500  -WASHINGTON, D.C. 20005

* MERRICK GARLAND - ATTORNEY GENERAL

* NAACP - SOCIAL SERVICES ORGANIZATION
   1105 NW 5TH AVE -GAINESVILLE, FL 32601

* NAACP - NATIONAL HEADQUARTERS
   4805 MT. HOPE DRIVE — BALTIMORE, MD  21215

* NAACP - NATIONAL HEADQUARTERS - LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
   700 14TH STREET NW - SUITE 600 - WASHINGTON, DC 20005

* ROBERT A RUSH - ATTORNEY AT LAW   (352) 373-7566
   11 SE 2ND AVE - GAINESVILLE, FL 32601

* CLERK - U.S. DISTRICT COURT
   401 SE 1ST AVE ROOM - 243 - GAINESVILLE, FL 32601-6895


* ALACHUA County SHERIFFS DEPT - CLOVIS WATSON -SHERIFF
  ALACHUA County SHERIFFS DEPT OF THE JAIL
   - DEPUTY CAIL


* DR. LINDA ABIES - PSYCHIATRIST - GAINESVILLE, FLORIDA
* GEORGE LUKASIC — ALACHUA COUNTY FLORIDA

 "EXHIBIT B"                        01-05-2022

2022 ALACHUA COUNTY FLORIDA
CLASS ACTION LAWSUIT ORGANIZATION, LLC


IS AN ORGANIZATION COMPRISED OF THOSE PERSONS THAT
HAVE BEEN ARRESTED IN ALACHUA COUNTY, FLORIDA, HAVE
SERVED A MINIMUM OF 180 DAYS IN THE THE ALACHUA
COUNTY SHERIFFS DEPT. OF THE JAIL, HAVE HAD THEIR
RIGHTS TO A SPEEDY TRIAL WAIVED WITHOUT THEIR
PERMISSION OR UNDER DURESS WITHOUT PROPER
LEGAL REPRENTATION, HAVE HAD THEIR CASE
CONTINUED FOR AT LEAST 4 TIMES AND HAVE
BEEN PRESSURED AND OFTEN TIMES THREATENED
TO ACCEPT A PLEA VERSUS GOING TO TRIAL.


CURRENTLY THIS ORGANIZATION HAS A LITTLE OVER
500 NAMES AND THE COMPLETED LIST OF NAMES,
CASE #'S AND DETAILS OF EACH CASE AND
SITUATION WILL BE INTRDUCED AS DISCOVERY
OF 1000+ NAMES AND DETAILS ONCE THE JURY
TRIAL DATE IS SET FORTH - SCHEDULED.


THE ORGANIZATION SEEKS COMPANSATION TO BE
DIVIDED EQUALLY AMONGST ITS MEMBERS TOTALLING
$500,000,000.00

                              SINCERLY
                              2022 ACFCAL.ORG

*"EXHIBIT C"*

# Plea system pushes accused to self-convict

**Your Turn**
Ronald Fraser
Guest columnist

When charged with a crime, do Floridians call upon fellow citizens, sitting as a jury, to decide their guilt or innocence? No way.

Of the 721,952 Florida criminal cases resolved in 2019, according to the National Center for State Courts, only 4,462 were decided by a jury trial. Instead of forcing the state to prove their guilt in a courtroom, criminally charged Floridians — one every minute — chose to convict themselves.

Trial by jury is being replaced with assembly-line, do-it-yourself "justice" factories in which the accused's defense attorney and a government prosecutor privately negotiate a guilty plea.

In a public courtroom, unlike backroom plea deals, the government must make its case to impartial jurors, and defendants are free to show jurors that the government's evidence is not sufficient to prove one's guilt beyond a reasonable doubt.

Before 1970, the U.S. Supreme Court had long disapproved of the practice of trading an admission of guilt for a lesser sentence and using threats of higher sentences to induce a guilty plea. That changed with the court's decision in Brady v. United States.

With the top court's blessing, state lawmakers began to stack the deck against defendants with harsh, mandatory minimum sentences for conviction of drug-related and many other crimes. These laws tie the hands of judges but give prosecutors the power to threaten to indict a defendant for additional, related crimes in order to get a guilty plea.

At first glance guilty pleas might look like a win all around. Defendants avoid costs and uncertainty of a trial. Prosecutors avoid preparation for a lengthy courtroom trial. Judges avoid tedious trials.

But wait. A 2018 report by the National Association of Criminal Defense Lawyers and the Foundation for Criminal Justice exposes the popularity of plea-mania. The report finds post-trial sentences are indeed much harsher than plea-bargain sentences.

"In 2015, the average sentence for fraud was three times as high (six years versus 1.9 years) for defendants who went to trial versus those who pled guilty ... for burglary/breaking and entering it was nearly eight times as high (12.5 years versus 1.6 years)."

The difference — a trial penalty — is the cost paid by defendants if convicted in a courtroom trial.

But at a trial not all are convicted. Using 2016-2017 data, the NCSC found that nationwide nearly one-

third of felony jury trials ended in acquittal or dismissal. If, in 2019, 700,000 Floridians had gone to trial rather than accept a guilty plea, well over 220,000 of them would likely have been found not guilty and gone free.

In other words, plea-mania may needlessly be putting thousands of Floridians behind bars each year.

What to do?

Since 1990, Families Against Mandatory Minimums, a national organization, has successfully lobbied for sentencing reforms in dozens of states, including Florida. FAMM calls on lawmakers "to repeal mandatory and restrictive minimum sentencing laws" and return to judges "the authority to consider all the relevant facts and circumstances of a crime and an individual before imposing a fair punishment."

The organization also calls on prosecutors "to stop threatening people with decades in prison for exercising their right to trial" and courts "to require mandatory plea-bargaining conferences that are supervised by judicial officers not involved in the case."

Prosecutors now decide, out of the public's view, who goes to jail and for how long. It is time to end this travesty of the open system in our Constitution.

*Ronald Fraser, Ph.D., writes on public policy issues for the DKT Liberty Project, a Washington-based civil liberties organization.*

James Lee Bulken
1-H

" LEGAL MAIL "

JAMES LEE BAILARD
3333 NE 39½ AVE
GAINESVILLE, FL 32609

CLERK ~ U.S. DISTRICT COURT
401 SE 1ST STREET
ROOM 243
GAINESVILLE, FL 32601-6895

CHECKED JAN 11 2022

USA ★ FOREVER

© USPS 2019



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131