# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**2022 ALACHUA COUNTY FLORIDA**
**CLASS ACTION LAWSUIT**
**ORGANIZATION, LLC,**

    **Plaintiff,**

v.                                                     Case No. 1:22-cv-8-AW-GRJ

**ALACHUA COUNTY SHERIFF, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's January 18, 2022 Report and Recommendation. ECF No. 4. No objections were filed, but there was filed what appears to be a proposed amended complaint (ECF No. 5), which I have treated as an objection.

The magistrate judge correctly explains that James Ballard cannot bring a pro se prisoner class action lawsuit. But it appears—even construing the complaint liberally—that Ballard actually seeks to sue on behalf of "The 2022 Alachua County Florida Class Action Lawsuit Organization, LLC," which the filing indicates "is a 1000 person member organization comprised of members who have met [certain] criteria." ECF No. 5 at 1. The complaint unambiguously says the plaintiff is the LLC and suggests the suit is brought "by James Lee Ballard – Pres." ECF No. 1 at 12. This mechanism will not work either. Assuming such an LLC exists, Ballard cannot

represent it in court. Corporations and other artificial entities (like LLCs) can appear in court only through an attorney. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). In his subsequent filing, Ballard indicates the organization is "interviewing attorneys and will be filing addition[al] detailed pleadings within the next 60 days." ECF No. 5 at 2. If the organization secures counsel, it may refile. In the meantime, the claims will be dismissed without prejudice.

The clerk will update the docket to reflect the correct plaintiff, as shown on the case style above. The clerk will then enter judgment that says, "Plaintiff's claims are dismissed without prejudice because an organization may not sue without counsel." The clerk will then close the file.

SO ORDERED on February 21, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge